AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❏ Original    ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  **1:22-MJ-00433** |
| U-HAUL MOVING & STORAGE OF DOWNTOWN | ) | |
| CINCINNATI, UNIT 0484, 2001 DALTON AVE., | ) | |
| CINCINNATI, OH 45214 | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

      An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the      Southern      District of      Ohio
*(identify the person or describe the property to be searched and give its location)*:

  See Attachment A (incorporated by reference).

      I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

  See Attachment B (incorporated by reference).

      **YOU ARE COMMANDED** to execute this warrant on or before      August 4, 2022      *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ❏ at any time in the day or night because good cause has been established.

      Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

      The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Stephanie K. Bowman or Hon. Karen L. Litkovitz  .
                                                   *(United States Magistrate Judge)*

      ❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
      ❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:    **12:27 PM, Jul 21, 2022**             *Stephanie K. Bowman*
                                                *Judge's signature*

City and state:   Cincinnati, OH                    Hon. Stephanie K . Bowman, U.S. Magistrate Judge
                                                *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Case: 1:22-mj-00433-SKB Doc #: 2 Filed: 07/21/22 Page: 2 of 7  PAGEID #: 42

## ATTACHMENT A

### Property to Be Searched

The **SUBJECT PREMISES** to be searched is U-Haul Moving & Storage of Cincinnati, Unit 0484, 2001 Dalton Ave., Cincinnati, OH 45214, further described as a storage unit within a larger storage facility. The unit is entered via an orange door that is marked with the numbers "0484" in white lettering.



## ATTACHMENT B

*Property to be seized*

1.      All records relating to violations of 18 U.S.C. §§ 922(a)(6) (False Statement During Purchase of a Firearm), 1341 (Mail Fraud), 1343 (Wire Fraud), 1349 (Conspiracy to Commit Mail and Wire Fraud), 1028A (Aggravated Identity Theft), and 371 (Conspiracy to Commit an Offense Against the United States) (collectively, the "Target Offenses"), those violations involving ANEESAH WILLIAMS, NEHEMIAH JONES, ZEPHANIAH JONES, JERIN JOHNSON, SR., and other known and unknown coconspirators and occurring after on or about April 8, 2022, including:

        a.   Records and information relating to the purchase, attempted purchase, acquisition, possession, sale, and/or transfer of firearms, ammunition, and/or firearms accessories;

        b.   Records and information relating to the possession, theft, use, and/or transfer of personally identifiable information and financial information, including but not limited to credit card information;

        c.   Records and information relating to the identity of coconspirators to the scheme under investigation;

        d.   Records and information relating to preparatory steps taken in furtherance of the scheme to defraud;

        e.   Records and information relating to steps taken to evade capture for the Target Offenses;

        f.   Records and information relating to communications between any coconspirators involved in the Target Offenses;

31

g.  Records and information relating to the proceeds of the scheme, including but not

limited to information about financial accounts used to receive, possess, store, and

transfer criminal proceeds;

h.  Records and information relating to who has occupancy and control over the

premises searched, including but not limited to keys, rental agreements and

records, leases, mail, vehicle registrations, utility bills and receipts, and personal

identification and photographs.

2.  Firearms, ammunition, holsters, gun cases, gun boxes, and other firearms

accessories.

3.  Copies of ATF Forms 4473s, and any related purchase and sale documents and

receipts.

4.  Any U.S. currency in an amount of at least $100 that constitutes evidence of, or

the proceeds of, illegal firearm sales.

5.  Financial instruments used in furtherance of violations of the Target Offenses, or

that constitute proceeds of violations of the Target Offenses, including but not limited to credit

cards, debit cards, prepaid cards, money orders, and cashier's checks.

6.  Keys, paperwork, and other indicia of ownership of, or control over, a black

BMW sedan;

7.  Computers or storage media used as a means to commit the violations described

above.

8.  For any computer or storage medium whose seizure is otherwise authorized by

this warrant, and any computer or storage medium that contains or in which is stored records or

information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

32

a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the lack of such malicious software;

d. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h. evidence of the times the COMPUTER was used;

i. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

33

j.  documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k.  records of or information about Internet Protocol addresses used by the COMPUTER;

l.  records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

m.  contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.