AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>U-HAUL MOVING & STORAGE OF DOWNTOWN CINCINNATI, UNIT 0484, 2001 DALTON AVE., CINCINNATI, OH 45214 | Case No. 1:22-MJ-00433 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____August 4, 2022_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Stephanie K. Bowman or Hon. Karen L. Litkovitz  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **12:27 PM, Jul 21, 2022**     *Stephanie K. Bowman*
                                                                                               *Judge's signature*

City and state: Cincinnati, OH     Hon. Stephanie K. Bowman, U.S. Magistrate Judge
                                                                    *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Amended | Return |

Case No.: 773010-22 0064
Date and time warrant executed: 7/21/2022 2:20 PM
Copy of warrant and inventory left with: Inside Storage Unit

Inventory made in the presence of: Frank Occhipinti ATF SA

Inventory of the property taken and name(s) of any person(s) seized:

See Attached Inventory

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

_____
Executing officer's signature

_____
Printed name and title

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of | Case/Inspection Number 773010-22-0064 | Case Inspection Title | Office CINCINNATI |
|---|---|---|---|
| Taken from: 2001 Dalton Ave #484 Cincinnati OH 45214 | | | Recipient: ATF |
| Location of Transfer or Seizure: " | | | Basis for Transfer or Seizure of Items: SW |

| Amount or Quantity | | Description of Item(s) |
|---|---|---|
| WHARTON | A1 | (2) ATAC DEFENSE GUN BOXES |
| WHARTON | A2 | BLACK GUN BAG W/ FIREARMS ACCESSORIE |
| WHARTON | A3 | BLACK PLASTIC BAG W/ FIREARMS ACCESSO |
| WHARTON | A4 | (2) VEST CARRIERS |
| WHARTON | A5 | PERSONAL PAPERS |
| WHARTON | A6 | BLACK GUN CASE |
| OCCHIPINTI | A7 | CREDIT CARDS / RECEIPT |
| WHARTON | A8 | .300 BLK SHELL CASINGS |
| OCCHIPINTI | A9 | BLACK BACKPACK W/ ASSORTED AMMO |
| WHARTON | A10 | BLACK CASE W/ FIREARMS ACCESSORIES |
| WHARTON | A11 | PERSONAL PAPERS |
| CRAYNER | A12 | BOOK SAFE |
| WHARTON | A13 | PERSONAL PAPERS |
| CRAYNER | A14 | RED AMMO BOX W/ ASSORTED AMMO |
| PUTNICK | A15 | RED BOX PERSONAL PAPERS / FIREARMS ACCESSORIES |
| CRAYNER | A16 | ATAC DEFENSE RIFLE S/N: E00513 |
| CRAYNER | A17 | BMW KEY |
| CRAYNER | A18 | ASSORTED AMMUNITION IN MAGAZINES |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) [signed]  Date: 7/21/22

Transferred by: (signature, if appropriate)  Date:  Witnessed by: (signature) [signed]  Date: 07-21-22

G2O U.S. GOVERNMENT PRINTING OFFICE 2018-405-134 / 8-07031

ATF Form 3400.23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number | Case/Inspection Title | Office CINCINNATI |
|---|---|---|---|

Taken from: (name, title, address, if appropriate) #484
200 DALTON AVE
CINCINNATI, OHIO 45214

Recipient: (name, title, address, if appropriate)
ATF

Location of Transfer or Seizure: "  "

Basis for Transfer or Seizure of Items: SW

| Amount or Quantity | Description of Item(s) |
|---|---|
| 2/15/23 PUTNICK A15 | CELL PHONE AND CREDIT CARDS |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) [signed]   Date: 2/15/23

Transferred by: (signature, if appropriate)   Date:

Witnessed by: (signature) [signed]   Date: 2/15/23

ATF E-Form 3400.23
Revised March 2005